UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DAVE ZUERN**, on behalf of himself and on behalf of all other similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>**LIXIL USA CORPORATION**,<br><br>    Defendant. | Case No. 2:25-cv-4046 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Dave Zuern hereby gives notice that his claims in this action against Defendant LIXIL USA CORPORATION, are voluntarily dismissed **without prejudice** as it relates to the following case: *Zuern v. LIXIL USA Corporation,* No. 2:25-cv-4046. No Answer or Motion for Summary Judgment has been filed in this case.

Dated: May 27, 2025

Respectfully submitted,

*/s/ William B. Federman*
William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
(405) 235-1560
(405) 239-2112 (facsimile)
*wbf@federmanlaw.com*

**So ORDERED on 5/29/2025:**

JULIEN XAVIER NEALS
United States District Judge